# NOS. 12-12-00335-CR
# 12-12-00336-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TARA RAY MCSWAIN,* *APPELLANT* | § | *APPEALS FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, who is pro se, has filed a motion to dismiss these appeals. No decision has been delivered in the appeals. Accordingly, Appellant's motion to dismiss is granted, and the appeals are ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered November 30, 2012.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 30, 2012**

**NOS. 12-12-00335-CR**

**12-12-00336-CR**

**TARA RAY MCSWAIN**,

Appellant

V.

**THE STATE OF TEXAS**,

Appellee

Appeal from the 7th Judicial District Court
of Smith County, Texas. (Tr.Ct.Nos. 007-1433-11; 007-1434-11)

THESE CAUSES came on to be heard on the motion of the Appellant to dismiss the appeals herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion is **granted** and these appeals be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*